**Order entered October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01165-CR

### CHADRICK OTIS HAVEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-60734-N**

## ORDER

Appellant's original appeal, docketed as 05-15-00411-CR, was dismissed for want of jurisdiction due to an untimely notice of appeal. The Texas Court of Criminal Appeals later granted appellant an out-of-time appeal, which is docketed as the above-cause. The clerk's record filed in the original appeal was transferred into the new appeal. We note, however, that the clerk's record does not contain the trial court's certification of appellant's right to appeal. The trial court's judgment reflects that appellant was convicted by a jury on his not guilty plea.

Accordingly, we **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **GRANT** the October 21, 2015 request of court reporter Sandra Hughes for an extension of time to file the reporter's record. We **ORDER** Ms. Hughes to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Fred Tinsley, Presiding Judge, 195th Judicial District Court; Sandra Hughes, official court reporter, 195th Judicial District Court; and to counsel for all parties.

/s/    ADA BROWN
         JUSTICE